ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| PIKA-Pirnie JV, LLC ) | ASBCA No. 61597 |
| ) | |
| Under Contract No. W912DY-10-D-0025 ) | |

APPEARANCE FOR THE APPELLANT:      Douglas L. Patin, Esq.
                                                                Bradley Arant Boult Cummings LLP
                                                                Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                                                 Engineer Chief Trial Attorney
                                                                Ronald J. Goodeyon, Esq.
                                                                Lauren M. Williams, Esq.
                                                                 Engineer Trial Attorneys
                                                                U.S. Army Engineer District, Tulsa

ORDER OF DISMISSAL

Appellant has filed a joint stipulation of dismissal providing that "[a]ppellant's claims in the above-captioned case may be dismissed with prejudice, with each party to bear their own costs and fees." Respondent has advised the Board that it agrees. Accordingly, this appeal is hereby dismissed with prejudice.

Dated: November 4, 2019

ALEXANDER YOUNGER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61597, Appeal of PIKA-Pirnie JV, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals